# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | No. 2930 Disciplinary Docket No. 3 |
| | : |
| VISHAL S. PETIGARA | : No. 159 DB 2022 |
| | : |
| | : Attorney Registration No. 94342 |
| | : |
| | : (Bucks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2022, upon consideration of the Certificate of Admission of Disability, Vishal S. Petigara is immediately transferred to inactive status for an indefinite period and until further Order of this Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.